729 A.2d 430

IN THE MATTER OF DAVID J. ESKIN, AN ATTORNEY AT LAW.

May 26, 1999.

## ORDER

The Disciplinary Review Board on December 31, 1998, having filed with the Court its decision concluding that by way of reciprocal discipline, **DAVID J. ESKIN** of **BRONX, NEW YORK,** who was admitted to the bar of this State in 1993, should be suspended from the practice of law for a period of six months for forgery and false notarization of a notice of claim filed after the expiration of the ninety-day time limitation set forth in the New York statutes, for which conduct respondent was suspended from practice in the State of New York for a period of six months effective May 28, 1998, and good cause appearing;

It is ORDERED that **DAVID J. ESKIN** is suspended from the practice of law for a period of six months and until the further Order of the Court, retroactive to May 28, 1998; and it is further

ORDERED that no application for reinstatement to practice be submitted unless and until respondent is reinstated to the practice of law in New York; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.